# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Garbis Krajekian, | No. CV-25-02666-PHX-DJH (CDB) |
| Petitioner, | **ORDER** |
| v. | |
| John E Cantu, et al., | |
| Respondents. | |

Before the Court is Petitioner's Motion seeking an award of attorneys' fees (Doc. 27) and the Report and Recommendation ("R&R") from United States Magistrate Judge Camille D. Bibles (Doc. 31) recommending that the Motion be granted and Petitioner awarded $8,084.06 in attorney fees pursuant to the Equal Access to Justice Act. The Court agrees with Judge Bibles' recommendations. Having reviewed the R&R and there being no objections thereto,

**IT IS ORDERED** that the R&R (Doc. 31) is **adopted** as the Order of this Court. Petitioner's Motion (Doc. 27) is granted. Petitioner shall be awarded $8,084.06 in attorneys' fees pursuant to the Equal Access to Justice Act.

Dated this 3rd day of March, 2026.

Honorable Diane J. Humetewa
United States District Judge